# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

**IN RE**  
                                              CASE NUMBER 19-06781-MCF  
**HECTOR HIGINIO RODRIGUEZ CRUZ**

                                                  CHAPTER 13

**Debtor(s)**  
*******************************\

## TRUSTEE'S CERTIFICATION OF DISCHARGE

**TO THE HONORABLE COURT:**

   **COMES NOW,** OSMARIE NAVARRO MARTINEZ, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

   1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

### 11 U.S.C. 1328(a) and LBR 3015-3(k)

   2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

### 11 U.S.C. 1328(f) Prior Discharge

   3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

   4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

### 11 U.S.C. 1328(g)
### Instructional Course Requirement

   5. Debtor(s) has/have **NOT** filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

### 11 U.S.C. 1328(h)

   6. Section 1328(h) is not applicable in the present case.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to the following: Assistant United States Trustee for the District of Puerto Rico, Debtor(s) counsel and all parties registered to receive electronic notifications. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor(s).

In San Juan, Puerto Rico, this 11/13/2023.

**OSMARIE NAVARRO MARTINEZ**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com


By: /s/ OSMARIE NAVARRO MARTINEZ
OSMARIE NAVARRO MARTINEZ
